UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Nos. 14-40012-TSH; and |
| | ) | 14-40019-TSH |
| MIGUEL RIVERA | ) | |

JOINT MOTION TO VACATE AMENDED JUDGMENTS AND
TO ISSUE ORDERS CLARIFYING INTENT

The United States of America and the defendant, through undersigned counsel, jointly move this Court to vacate the amended judgments recently issued in the above-referenced cases [14-CR-40012-TSH, D. 124 and 14-CR-40019-TSH, D. 63] and to issue the attached Proposed Orders Clarifying Intent at Sentencing.  On May 15, 2018, the defendant filed Assented To Motions to Clarify Sentence in the above-referenced matters [14-CR-40012-TSH, D. 114 and 14-CR-40019-TSH, D. 56].

Because it is unclear whether this Court has authority to amend a judgment once it becomes final, the assented to motion requested that the Court issue an order clarifying whether it intended its sentences to run concurrently with or consecutively to the sentences imposed in Worcester Superior Court Docket No. 1385CR1388.  The motion explained that, "The clarification sought is not intended to change the original sentence, but merely to provide clarification so that the Bureau of Prisons has the information necessary to properly calculate the Defendant's release date and ensure that the sentence is implemented as intended."  14-CR-40012-TSH, D. 114 at p. 2; 14-CR-40019-TSH, D. 56 at p. 2.

On August 1, 2018, the Court held a motion hearing on the defendant's motions.  On August 17, 2018, the Court granted the defendant's motions for clarification [14-CR-40012-TSH, D. 123; 14-CR-40019-TSH, D. 56] and entered amended judgments in these cases.

Accordingly, the parties jointly move this Court to vacate the amended judgments and thereafter issue the attached Order Clarifying Intent for each of these cases so that the Bureau of Prisons has the information necessary to properly calculate the Defendant's release date and ensure that the sentence is implemented as intended.

Respectfully submitted,

MIGUEL RIVERA,                                      ANDREW E. LELLING
                                                    UNITED STATES ATTORNEY

By:   */s/ Miriam Conrad*          By:   */s/ Michelle L. Dineen Jerrett*
      Miriam Conrad, Federal Defender     Michelle L. Dineen Jerrett (BBO # 634930)
      BBO# 550223                         Assistant United States Attorney
      Federal Public Defender Office      United States Attorney's Office
      51 Sleeper St., 5th Floor           595 Main Street
      Boston, Massachusetts 02210         Worcester, Massachusetts 01608
      Miriam_Conrad@fd.org                Michelle.Dineen.Jerrett@usdoj.gov
      (617) 223-8061                      (508) 368-0100

Date:  August 30, 2018

<u>Certificate of Service</u>

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to all parties as identified on the Notice of Electronic Filing (NEF) on August 30, 2018.

                                          */s/ Michelle L. Dineen Jerrett*
                                          Michelle L. Dineen Jerrett
                                          Assistant United States Attorney